JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

HENSCHEL TCHIEGUIN,

Petitioner,

v.

JAIME RIOS, et al.,

Respondents.

Case No. 5:26-cv-03729-PD

**JUDGMENT**

**A# 096-229-924**

Pursuant to the Order Granting in Part Petition for Writ of Habeas Corpus and Ordering Release, IT IS ADJUDGED that the Petition is granted as to Claim Two, and the remaining claims are dismissed without prejudice.

The Clerk of the Court is directed to close this case.

DATED: July 24, 2026

Patricia Donahue
United States Magistrate Judge